UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

            Steven Sabler, Sr.

                        Debtor.
-------------------------------------------------------x

CHAPTER 13

Case No. 1-19-46720-cec

## ORDER AUTHORIZING SALE OF REAL ESTATE

The debtor, Steven Sabler, Sr., having moved this Court pursuant to 11 U.S.C. Section 105(a) for an Order authorizing sale of the debtor's residence located at 101 Clinton Place, Staten Island, NY 10302, and all creditors, the chapter 13 trustee and all parties who have filed a notice of appearance in the case having been given proper notice, and the limited objections filed by SN Servicing Corporation as servicer having been withdrawn, and it appearing that said sale is proper and in the best interest of the debtor and the estate,

NOW, on application of the debtor, it is hereby

ORDERED, that ***pursuant to 11 U.S.C. § 363(b), (CEC)*** the debtor is authorized to sell the property located at 101 Clinton Place, Staten Island, NY 10302 and shall follow the customary closing procedures of the Chapter 13 Trustee, and it is further

ORDERED, that U.S. Bank shall be paid in full at closing the amount due pursuant to a payoff letter provided by U.S. Bank for that purpose; and it is further

ORDERED, that the Debtor shall pay from the closing proceeds the outstanding mortgage balance to the U.S. Bank less any amount of mortgage arrears that is paid through the plan, and it is further

ORDERED, that from the sale proceeds, the debtor shall pay to the Chapter 13 Trustee the sum sufficient to pay all other outstanding claims in an amount to be determined by the Trustee,

including Trustee's commissions, in full, under the Chapter 13 Plan to the Chapter 13 Trustee, Michael Macco, Esq.

**Dated: Brooklyn, New York**
**March 23, 2020**



_____
**Carla E. Craig**
**United States Bankruptcy Judge**